IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00508-PSF-MJW

APARTMENT INVESTMENT AND MANAGEMENT COMPANY (AIMCO),

Plaintiff(s),

v.

NUTMEG INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

    The Stipulated Motion for Protective Order (docket no. 25) is GRANTED as follows. The written Protective Order signed and dated by Magistrate Judge Watanabe on August 22, 2006, is APPROVED as amended in paragraph 2 c. and made an Order of Court.

Date: August 23, 2006