IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-00508-PSF-MJW

APARTMENT INVESTMENT AND MANAGEMENT COMPANY (AIMCO),

    Plaintiff,

v.

NUTMEG INSURANCE COMPANY,

    Defendant.

---

### ORDER RE STIPULATED MOTION TO AMEND SCHEDULING ORDER

---

THIS MATTER comes before the Court on the parties' Stipulated Motion to Amend Scheduling Order and the Court being fully advised in the premises,

HEREBY GRANTS the relief requested and orders the Amended Scheduling Order to be modified to reflect the following:

#### 7. CASE PLAN AND SCHEDULE

    b.    Discovery Cut-off : **February 15, 2007**.

    c.    Dispositive Motion Deadline: **March 16, 2007**.

    d.    Expert Witness Disclosure:

    (4)    Plaintiff shall designate all experts and provide opposing counsel and any pro se party with all information specified in Fed. R.Civ.P. 26(a)(2) on or before **December 15, 2006**.

    (5)    Defendant shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **January 16, 2007**.

(6) Plaintiff shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **February 5, 2007**.

## 10. DATES FOR FURTHER CONFERENCES

c. The Final Pretrial Conference set for March 15, 2007 at 8:30 a.m. is vacated and reset to: May 18, 2007 at 9:00am. Final Pretrial Order is Due May 11, 2007.

DATED this 13th day of October 2006.

BY THE COURT:

*/s/ Michael J. Watanabe*
MICHAEL J. WATANABE, Magistrate Judge
United States District Court for the
District of Colorado