IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-00508-PSF-MJW

APARTMENT INVESTMENT AND MANAGEMENT COMPANY (AIMCO),

    Plaintiff,

v.

NUTMEG INSURANCE COMPANY,

    Defendant.

---

**ORDER RE STIPULATED MOTION FOR SECOND AMENDED SCHEDULING ORDER** ( Docket No. 64 )

---

THIS MATTER comes before the Court on the parties' Stipulated Motion for Second Amended Scheduling Order and the Court being fully advised in the premises, HEREBY GRANTS the relief requested and orders the Amended Scheduling Order to be modified to reflect the following:

### 7. CASE PLAN AND SCHEDULE

    b.    Discovery Cut-off: **April 16, 2007**.

    c.    Dispositive Motion Deadline: **May 14, 2007**.

    d.    Expert Witness Disclosure:

    (4)    Plaintiff shall designate all experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **February 16, 2007**.

(5) Defendant shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 16, 2007**.

(6) Plaintiff shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 30, 2007**.

### 10. DATES FOR FURTHER CONFERENCES

a. In light of the party's agreement to participate in a private mediation commencing on January 24, 2007, the Settlement Conference before this Court scheduled for **February 5, 2007 at 10:30 a.m.** shall be vacated for settlement purposes, but the Court will retain this date and time for purposes of conducting a Status Conference.

c. The Final Pretrial Conference set for May 18, 2007 at 9:00 a.m. is vacated and reset to: July 19, 2007, at 8:30 a.m.

DATED this 19th day of December 2006.

BY THE COURT:

_____
MICHAEL J. WATANABE, Magistrate Judge
United States District Court for the
District of Colorado