IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-508-PSF-MJW

APARTMENT INVESTMENT AND MANAGEMENT COMPANY (AIMCO)

Plaintiff,

v.

NUTMEG INSURANCE COMPANY,

Defendant.

---

**ORDER GRANTING NUTMEG'S MOTION TO AMEND SCHEDULING ORDER**
*( Docket p. 69 )*

**THIS MATTER**, having come before the Court, the Court having received and reviewed Nutmeg's Motion to Amend Scheduling Order, having considered said Motion, and being fully advised in the premises, the Court hereby

**ORDERS** that the Scheduling Order is amended as follows:

> Defendant's Disclosure of Experts deadline of May 15, 2007;
> Plaintiff's & Defendant's Rebuttal of Experts deadline of June 1, 2007;
> Discovery deadline of July 13, 2007; and
> Dispositive Motion deadline of August 13, 2007.

Furthermore, the ~~Final Pretrial Order and~~ Final Pretrial Conference ~~will be rescheduled for~~ *Set on July 19, 2007* At 8:30 A.m. is VACATED and Reset to September 14, 2007 at 9:00. Proposed Final Pretrial Order is due September 8, 2007.

**DATED** this 20th day of March, 2007.

BY THE COURT:

*/s/ Michael J. Watanabe*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

00245863