IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00508-PSF-MJW

APARTMENT INVESTMENT AND MANAGEMENT COMPANY (AIMCO),

    Plaintiff,

v.

NUTMEG INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    Defendant's Motion to Withdraw (Dkt. # 97) is GRANTED.  Jessica L. Dinan of Senter Goldfarb & Rice, L.L.C. is allowed to withdraw as co-counsel of record for Defendant Nutmeg Insurance Company effective immediately.  The Court NOTES that defendant continues to be adequately represented by other counsel.

DATED:  May 24, 2007