IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00508-PSF-MJW

APARTMENT INVESTMENT AND MANAGEMENT COMPANY (AIMCO),

Plaintiff,

v.

NUTMEG INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

It is hereby ORDERED that defendant Nutmet's Motion to Withdraw Document 121 Without Prejudice (Docket No. 132) is granted, and Docket No. 121 is thus withdrawn without prejudice.

Date: August 3, 2007