IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00508-PSF-MJW

APARTMENT INVESTMENT AND MANAGEMENT COMPANY (AIMCO),

Plaintiff,

v.

NUTMEG INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

It is hereby ORDERED that the Joint Motion to Modify Pretrial Deadlines (docket no. 151) is GRANTED finding good cause shown. The Final Pretrial Conference set on October 12, 2007, at 9:00 a.m. is VACATED and reset to December 17, 2007, at 9:00 a.m. The parties shall file their proposed Final Pretrial Order with the court on or before December 12, 2007. The Rule 16 Scheduling Order is amended consistent with this minute order.

Date: September 11, 2007