IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00508-PSF-MJW

APARTMENT INVESTMENT AND MANAGEMENT COMPANY (AIMCO),

Plaintiff,

v.

NUTMEG INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

It is hereby ORDERED that Plaintiff's Motion for Reconsideration of August 28, 2007, Order Re: Production of Documents and Request for Stay (docket no. 156) is DENIED.  This Court's Order (docket no. 148) addressed numerous motions that were filed by the parties.  As to each motion, this court addressed each motion individually and independently from other motions that were pending at that time and outlined the specific grounds for denying or granting each motion on a individual basis. Accordingly, I do not find that my Order (docket no. 148) is inconsistent as suggested by Plaintiff.  Moreover, I do not find any basis in law or fact to reconsider my Order (docket no. 148). Lastly, I incorporate by reference Defendant Nutmeg's legal arguments as outlined in Defendant Nutmeg's Opposition (response) (docket no. 166) as an additional basis for denying the subject motion (docket no. 156).

Date: October 15, 2007