IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00508-PSF-MJW

APARTMENT INVESTMENT AND MANAGEMENT COMPANY (AIMCO),

Plaintiff,

v.

NUTMEG INSURANCE COMPANY,

Defendant.

## **AMENDED** MINUTE ORDER

It has come to the Court's attention that it inadvertently typed in the wrong motion caption and docket number for the motion subject of the October 15, 2007 minute order (docket no. 168).  Accordingly, Plaintiff's Motion for Reconsideration of Order regarding Plaintiffs[sic] Motion for Protective Order and to Quash Subpoena Served on Counsel of Record Thomas L. Roberts (docket no. 156) is still pending.

It is hereby ORDERED that the October 15, 2007 minute order (docket no. 168) is amended as underlined below:

> **It is hereby ORDERED that Plaintiff's Motion for Reconsideration of August 28, 2007 Order re: Production of Documents and Request for Stay (docket no. 155) is DENIED.  This Court's Order (docket no. 148) addressed numerous motions that were filed by the parties.  As to each motion, this court addressed each motion individually and independently from other motions that were pending at that time and outlined the specific grounds for denying or granting each motion on an individual basis.  Accordingly, I do not find that my Order (docket no. 148) is inconsistent as suggested by Plaintiff.  Moreover, I do not find any basis in law or fact to reconsider my Order (docket no. 148). Lastly, I incorporate by reference Defendant Nutmeg's legal arguments as outlined in Defendant Nutmeg's Opposition (response) (docket no. 166) as an additional basis for denying the subject motion (docket no. 155).**

Date: October 26, 2007