IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00508-PSF-MJW

APARTMENT INVESTMENT AND MANAGEMENT COMPANY (AIMCO),

Plaintiff,

v.

NUTMEG INSURANCE COMPANY,

Defendant.

_____

MINUTE ORDER

_____

It is hereby ORDERED that the Joint Motion to Modify Pretrial Deadlines and for Status Conference, DN 175, filed with the Court on November 8, 2007, is GRANTED. The Final Pretrial Conference set on December 17, 2007, at 9:00 a.m., is VACATED and is RESET on February 19, 2008, at 9:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.  (The dates the parties requested in their motion are not available on the Court's calendar.)  The Final Pretrial Order shall be submitted to the Court on or before February 13, 2008.

It is FURTHER ORDERED that a Status Conference is set on January 10, 2008, at 9:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.

Date:  November 15, 2007