IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00508-WDM-MJW

APARTMENT INVESTMENT MANAGEMENT COMPANY (AIMCO),
Plaintiff,

vs.

NUTMEG INSURANCE COMPANY,
Defendant.

---

~~Proposed~~ Order ( Docket No. 150 )

---

THIS MATTER comes before the Court on the parties' Joint Motion to Modify Pretrial Deadlines. Finding good cause, the Court grants the motion. This order modifies Docket No. 71. It is hereby ordered that the Final Pretrial Order is due on or before April 14, 2008. The final pretrial conference will be held at 9:00 a.m. on April 21, 2008. The final pretrial conference previously set for February 19, 2007 at 9:00 a.m. is stricken. The Court further sets the case for status on March 10, 2008 at 9:00 a.m.

DATED this 9th day of January 2008.

BY THE COURT:

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO