IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00508-WDM-MJW

APARTMENT INVESTMENT MANAGEMENT COMPANY (AIMCO),

Plaintiff,

v.

NUTMEG INSURANCE COMPANY,

Defendant.

---

**ORDER REGARDING
DEFENDANT NUTMEG INSURANCE COMPANY'S MOTION TO STRIKE SEVEN
SUBSTANTIVE "CORRECTIONS" TO AIMCO'S RULE 30(B)(6) DEPOSITION
(DOCKET NO. 140)**

---

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

This matter is before the court on Defendant Nutmeg Insurance Company's ("hereinafter Defendant Nutmeg") Motion to Strike Seven Substantive "Corrections" to AIMCO's Rule 30(b)(6) Deposition (docket no. 140) pursuant to order referring such motion (docket no. 195) by Judge Walker Miller to Magistrate Judge Watanabe dated February 4, 2008. The court has reviewed the motion, the response thereto (docket no. 149), and the reply (docket no. 161). In addition, the court has taken judicial notice of the court's file and has considered applicable Federal Rules of Civil Procedure and case law. The court now being fully informed makes the following findings of fact, conclusions of law, and order.

# FINDINGS OF FACT AND CONCLUSIONS OF LAW

Defendant Nutmeg requests that this court enter an order striking seven substantive corrections to Plaintiff AIMCO's Rule 30(b)(6) deposition taken on July 13, 2007, concerning Topic 3 of Defendant Nutmeg's June 6, 2006, Rule 30(b)(6) notice. In particular, Defendant Nutmeg is seeking to strike the following seven substantive corrections on the following pages and lines as outlined below:

1. 11:23-34
2. 13:14
3. 26:18
4. 82:4
5. 88:17
6. 90:20
7. 128:23

On July 13, 2007, AIMCO produced its General Counsel, Miles Cortez, for deposition. At the beginning of his deposition, Mr. Cortez and AIMCO's trial counsel confirmed that Mr. Cortez would testify as a Rule 30(b)(6) witness concerning Topic 2, Topic 3, and portions of Topic 4. *See* Exhibit A excerpts of Miles Cortez's deposition at 4-5, 9. Under Topic 3, Defendant Nutmeg sought AIMCO's testimony regarding "[n]otice and reporting of the claims to Topic 3 or to any of the other Rule 30(b)(6) topics." On July 31, 2007, AIMCO'S counsel served five correction sheets signed by Miles Cortez, which are changes to both AIMCO'S Rule 30(b)(6) testimony concerning Topic 3 and to Mr. Cortez's testimony as an occurrence witness. *See* Exhibit C,

correction sheets.

>Rule 30(e) of the Federal Rules of Civil Procedure states:
>
>>(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:
>>
>>(A) to review the transcript or recording; and
>>
>>(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.
>>
>>(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

Fed. R. Civ. P. 30(e).

In this case, Mr. Cortez did make the above-contested seven changes to his deposition. The basis for such changes were either for correction or clarification consistent with Rios v. Bigler, 847 F. Supp. 1538, 1546-47 (D. Kan. 1994), aff'd, 67 F.3d 1543 (10th Cir. 1995). See Foraker v. Schauer, 2005 WL 6000493 (D. Colo. Sept. 8, 2005) (changes to transcript ignored by the court because they completely altered and reversed answers and opinions and were an effort to provide additional testimony that was not subject to questioning by opposing counsel). Moreover, in applying the "sham affidavit" factors as outlined in Burns v. Board of County Comm'rs of Jackson County, 330 F.3d 1275, 1282 (10th Cir. 2003), I do not find that the deponent, Mr. Cortez, is controverting his prior testimony in order to create a sham fact issue.

## ORDER

**WHEREFORE**, based upon these findings of fact and conclusions of law, the court **ORDERS**:

1. That Defendant Nutmeg Insurance Company's Motion to Strike Seven Substantive "Corrections" to AIMCO's Rule 30(b)(6) Deposition (docket no. 140) is **DENIED**; and,

2. That each party shall pay their own attorney fees and costs for this motion.

Done this 19th day of February 2008.

BY THE COURT

s/ Michael J. Watanabe
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE