IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00508-WDM-MJW

APARTMENT INVESTMENT AND MANAGEMENT COMPANY (AIMCO),

Plaintiff,

v.

NUTMEG INSURANCE COMPANY,

Defendant.

## MINUTE ORDER
(DN 198)

It is hereby ORDERED that the Joint Motion to Modify Pretrial Deadlines and to Reset Status Conference, DN 198, filed with the Court on February 29, 2008, is GRANTED. The Final Pretrial Conference set on April 21, 2008, at 9:00 a.m., is VACATED and is RESET on June 4, 2008, at 9:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The Final Pretrial Order shall be submitted to the Court on or before May 29, 2008.

It is FURTHER ORDERED that the Status Conference set on March 10, 2008, at 9:00 a.m., is VACATED and is RESET on April 23, 2008, at 9:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Date: March 3, 2008